# SUPREME COURT OF THE STATE OF NEW YORK
## *Appellate Division, Fourth Judicial Department*

**457**

**KA 08-00840**

PRESENT: SMITH, J.P., CENTRA, PERADOTTO, GORSKI, AND MARTOCHE, JJ.

---

THE PEOPLE OF THE STATE OF NEW YORK, RESPONDENT,

V                                                                    ORDER

ANDRE SMITH, DEFENDANT-APPELLANT.

---

FRANK H. HISCOCK LEGAL AID SOCIETY, SYRACUSE (CHRISTINE M. COOK OF COUNSEL), FOR DEFENDANT-APPELLANT.

WILLIAM J. FITZPATRICK, DISTRICT ATTORNEY, SYRACUSE (JAMES P. MAXWELL OF COUNSEL), FOR RESPONDENT.

------------------------------------------------------------------------------------------------------------

Appeal from a new sentence of the Onondaga County Court (William D. Walsh, J.), rendered January 30, 2008 imposed upon defendant's conviction of criminal sale of a controlled substance in the second degree.  Defendant was resentenced pursuant to the 2005 Drug Law Reform Act upon his 1991 conviction.

It is hereby ORDERED that the sentence so appealed from is unanimously affirmed.

Entered:  April 29, 2011                              Patricia L. Morgan
                                                     Clerk of the Court